There was no error committed upon the trial prejudicial to the defendant, and the judgment of the District Court is therefore affirmed.

21 S.Ct. 914

## WILLIAM MOORE et al. v. ALASKAN & NORTHWESTERN TERRITORIES TRADING COMPANY et al.

No. 156.

Supreme Court of the United States.

Jan. 23, 1901.

Mr. J. J. Darlington, for appellants.

Messrs. S. M. Stockslager and Geo. C. Heard, for appellees.

Dismissed, with costs, pursuant to the 10th Rule.